IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAY DIPUMA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGESTONE AMERICAS, INC., and BRIDGESTONE RETAIL OPERATIONS, LLC,<br><br>Defendants. | Civil Action No. 3:21-cv-01001-PGS-DEA<br><br>SO ORDERED: _/s/ Peter M_____<br>DATED: 5/11/21 |

## STIPULATION TO DISMISS

PLEASE TAKE NOTICE that Plaintiff Ray DiPuma and Defendants Bridgestone Americas, Inc. and Bridgestone Retail Operations, LLC, hereby stipulate (pursuant to Rule 41 of the Federal Rules of Civil Procedure) to the dismissal of the claims of Ray DiPuma in this Civil Action, and request that this Action be dismissed with prejudice, with each party to bear their own fees and costs.

Respectfully submitted this 7th day of May, 2021,

s/ R. Andrew Santillo
R. Andrew Santillo, Esq.
(NJ ID #025512004)
asantillo@winebrakelaw.com
Mark J. Gottesfeld, Esq.
(NJ ID #027652009)
mgottesfeld@winebrakelaw.com
**WINEBRAKE & SANTILLO, LLC**
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025
215-884-2491

s/ Paul J. Sopher
Paul J. Sopher
(NJ ID #909682012)
psopher@littler.com
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
267-402-3019

*Attorneys for Defendants*